UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11456-RWZ

| | |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION, <br><br>　　　　Plaintiff, <br>　　　　Judgment Creditor, <br><br>v. <br><br>CHI CHEN <br>A/K/A CHI CHEN HU, <br>A/K/A TRACY CHEN, <br><br>　　　　Defendant <br>　　　　Judgment Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

1. I, Richard W. Gannett, state that I am one of the attorneys for the plaintiff in this action.

2. This Court allowed a motion to serve the defendant with the Summons and Complaint by International U.S. Mail.

3. On August 3, 2004, a copy of the Summons, Complaint and Civil Cover Sheet was sent to Chi Chen in Taiwan at the address noted on the Certificate of Mailing.

4. A copy of the Certificate of Mailing and the cash receipt evidencing payment of the postal fees are attached as exhibits as proof of service that the Summons and Complaint was indeed served on August 3, 2004.

Signed under the pains and penalties of perjury this 6/7th day of August, 2004.

_____
Richard W. Gannett, Esquire



```
***** WELCOME TO *****
   FORT POINT STATION 10/18/
      BOSTON, MA  02205-9761
         08/03/04 07:43PM

Store     USPS        Trans      133
Wkstn     sys5013     Cashier    KMNOPR
Cashier's Name        JOHN
Stock Unit Id         SIAJACK
PO Phone Number       800-275-8777
USPS #                2407980109

  1. Air Letter-post              2.45
      Destination:    Taiwan
      Weight:         1.90oz
      Postage Type:   PVI
      Total Cost:     2.45
      Base Rate:      1.55
          SERVICES
      Cert. of Mailing            0.90

Subtotal                          2.45
Total                             2.45

Cash                              5.00
Change Due
   Cash                           2.55


Number of Items Sold: 1

          Thank You
      Please come again!
```

U.S. POSTAGE PAID BOSTON, MA 02205 AUG 03, '04 AMOUNT $0.90 0002952Z-17

0000
UNITED STATES POSTAL SERVICE

CERTIFICATE OF MAILING
POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Gannett & Associates
165 Friend St. Suite 200
Boston MA 02114-2025

One piece of ordinary mail addressed to:
CHI CHEN
c/o AUXING Inc.
4F, NO. 339, TUN-HWA S. RD.
SEC 1, TA-AN DISTRICT TAIPEI 106 TAIWAN

PS Form 3817, Mar. 1989