UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11456-RWZ

|  |  |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION, | ) ) ) |
| Plaintiff, Judgment Creditor, | ) ) ) |
| v. | ) ) |
| CHI CHEN A/K/A CHI CHEN HU, A/K/A TRACY CHEN, | ) ) ) ) |
| Defendant Judgment Debtor. | ) ) ) ) ) |

## AFFIDAVIT OF RICHARD W. GANNETT REGARDING SERVICE OF SUBPOENA *DUCES TECUM* IN HONG KONG PURSUANT TO ORDER OF AUGUST 17, 2004

I, Richard W. Gannett, under oath and depose, state the following:

1.   I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts.

2.   I represent General Electric Mortgage Insurance Corporation ("GEMIC"), the plaintiff in the above captioned matter.

3.   On or about August 6, 2004, on behalf of GEMIC, I filed a Motion to Serve a Subpoena *Duces Tecum* for Deposition upon Ching Yee M. Tsui via International Mail. On or about August 17, 2004, Judge Rya W. Zobel allowed the motion.

4.    On August 20, 2004, I served the Subpoena upon Ching Yee M. Tsui via

International Mail at the following address:

1303A Yuet Fung House
Yi Fung Court, Po Lei Street
Kwai Chung, New Territories, HONG KONG

as allowed by the Court's order of August 17, 2004.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _20th_ DAY OF

AUGUST, 2004.

_____
Richard W. Gannett

2