UNITED STATES DISTRICT COURT
FOR THE DSITRCIT OF MASSACHUSETTS

Civil Action No.4-114456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE COMPANY,

Plaintiff,

V.
CHI CHEN
A/K/A/CHI CHEN HU
A/K/A TRACY CHEN

## RULE 7.1(A)(2) Certificate

     I, Kenneth M. Levine, do certify that over the several months prior to the Plaintiff's Motion to Serve the Subpoena Duces Tecum for Deposition Upon Ching Yee M. Tsui Via International Mail, I did discuss the issue with Counsel for the Plaintiff. Further, that these issues were discussed at a hearing before Judge Haggerty of the Massachusetts Superior Court. That at no time during the several discussions have the parties been able to come to an agreement concerning the deposition of Ching Yee M. Tsui.

     Ching Yee M. Tsui,
     By and through Counsel,

_____
Kenneth M. Levine, BBO# 296850
Kenneth M. Levine & Associates
370 Washington Street
Brookline, Massachusetts 02445
(617)-566-2700

Michael R. Levin, BBO #296160
1500 Providence Highway - Suite 37
Norwood, Massachusetts 02062
(781) 440-0785

<u>Certificate of Service</u>

I, Kenneth M. Levine do state that on this 3rd[st] day of September, 2004 I did send the above document to counsel for the Plaintiff via fax and first class mail.

_____
Kenneth M. Levine