GANNETT & ASSOCIATES
ATTORNEYS AT LAW
165 FRIEND STREET, SUITE 200
BOSTON, MA 02114-2025

(617) 367-0606
FAX (617) 367-2121

September 1, 2004

Clerk Tony Anastas
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   General Electric Mortgage Insurance Corporation v. Chi Chen
      United States District Court for the District of Massachusetts
      Civil Action No. 04-11456-RWZ

Dear Mr. Anastas:

I have received a pleading from Ms. Tsui's attorney entitled "Motion of Ching Yee M. Tsui (a non-party) to quash a subpoena issued by General Electric Mortgage Insurance Corproation and for Sanctions and/or costs in connection with deposition of Ching Yee M. Tsui."

Please advise if you have been served with a certificate under Local Rule 7.1(A)(2) of the United States District Court filed on behalf of Ms. Tsui. I have not received such a certificate. For your information, I received no telephone call from any attorney on behalf of Ms. Tsui prior to the filing of the motion noted above dated August 31, 2004. My client requests that the motion be returned undocketed, or denied for failure to conduct the required conference under Local Rule 7.1(A)(2) prior to filing the motion at hand.

Very truly yours,

Richard W. Gannett

c: Kenneth M Levine, Esquire