# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
          Plaintiff,
           Judgment Creditor

V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
          Defendant,
          Judgment Debtor

## NOTICE OF APPEARANCE

       Please enter my appearance for the Defendant, Chi Chen a/k/a Chen Hu a/k/a Tracy Chen, in the above matter.

Respectfully submitted,

Dated: November 2, 2004

/s/ Michael B. Feinman
Michael B. Feinman
BBO#545935
Feinman Law Offices
23 Main Street
Andover, MA  01810
Tel:  978-475-0080
Fax: 978-475-0852
Email:mbf@feinmanlaw.com

04x3791\usdcappearance.doc