UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
         Plaintiff,
         Judgment Creditor
V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
         Defendant,
         Judgment Debtor

**CERTIFICATE OF SERVICE**

    I, Michael B. Feinman, hereby certify that I have this day served my Notice of Appearance for the Defendant in the above matter by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following party in interest:

Richard W. Gannett, Esq.
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA  02114-2025

Dated: November 2, 2004         /s/ Michael B. Feinman
         Michael B. Feinman

04x3791\certofserv11-2-04.doc