UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

| | |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION,<br>　　　　　Plaintiff,<br>　　　　　　Judgment Creditor<br>V.<br>CHI CHEN A/K/A CHEN HU,<br>A/K/A TRACY CHEN,<br>　　　　　Defendant,<br>　　　　　　Judgment Debtor | **MOTION TO WITHDRAW<br>NOTICE OF APPEARANCE** |

NOW COMES Michael B. Feinman, Esq., and hereby moves this Honorable Court to withdraw the Notice of Appearance filed on behalf of the Defendant, Chi Chen a/k/a Chen Hu a/k/a Tracy Chen, filed on November 2, 2004, in the above-captioned matter.

As reasons therefore, Michael B. Feinman is not counsel for said Defendant, but is instead counsel for Ching Yee M. Tsui, a party in interest. A Notice of Appearance on behalf of Ching Yee M. Tsui is filed herewith.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 3, 2004　　　　　/s/ Michael B. Feinman
　　　　　　　　　　　　　　　　　Michael B. Feinman
　　　　　　　　　　　　　　　　　BBO#545935
　　　　　　　　　　　　　　　　　Feinman Law Offices
　　　　　　　　　　　　　　　　　23 Main Street
　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　Tel:  978-475-0080
　　　　　　　　　　　　　　　　　Fax: 978-475-0852
　　　　　　　　　　　　　　　　　Email:mbf@feinmanlaw.com

04x3791\motiontowithdraw.doc