UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

| | |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION,<br>　　　　　Plaintiff,<br>　　　　　Judgment Creditor<br>V.<br>CHI CHEN A/K/A CHEN HU,<br>A/K/A TRACY CHEN,<br>　　　　　Defendant,<br>　　　　　Judgment Debtor | **NOTICE OF APPEARANCE** |

　　　　Please enter my appearance for the following party in interest in the above-captioned matter:  Ching Yee M. Tsui.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 3, 2004　　　　　　/s/ Michael B. Feinman
　　　　　　　　　　　　　　　　　　　Michael B. Feinman
　　　　　　　　　　　　　　　　　　　BBO#545935
　　　　　　　　　　　　　　　　　　　Feinman Law Offices
　　　　　　　　　　　　　　　　　　　23 Main Street
　　　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　　　Tel:  978-475-0080
　　　　　　　　　　　　　　　　　　　Fax: 978-475-0852
　　　　　　　　　　　　　　　　　　　Email:mbf@feinmanlaw.com

04x3791\usdcappearance.doc