UNITED STATES DISTRICT COURT
FOR THE DSITRCIT OF MASSACHUSETTS

Civil Action No.4-114456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE COMPANY,

Plaintiff,

V.
CHI CHEN
A/K/A/CHI CHEN HU
A/K/A TRACY CHEN

### NOTICE OF WITHDRAWL OF KENNETH M. LEVINE AS COUNSEL

COMES NOW, Kenneth M. Levine and withdraws as counsel for Ching-Yee M. Tsui a/k/a/ Millor Tsui (a non party). Michael Feinman remains as counsel for Ching-Yee M. Tsui a/k/a Millor Tsui (a non party)

Respectfully submitted this 23rd day of November, 2004

Ching Yee M. Tsui,
By and through Counsel,

Kenneth M. Levine, BBO# 296850
Kenneth M. Levine & Associates
370 Washington Street
Brookline, Massachusetts 02445
(617)-566-2700

### Certificate of Service

I, Kenneth M. Levine do state that on this 23rd day of November, 2004 I did send the above document to all Counsel via first class mail.

Kenneth M. Levine