**GANNETT & ASSOCIATES**
ATTORNEYS AT LAW
165 FRIEND STREET, SUITE 200
BOSTON, MA 02114-2025

(617) 367-0606
FAX (617) 367-2121

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

January 21, 2005

Clerk Tony Anastas
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    General Electric Mortgage Insurance Corporation v. Chi Chen
             United States District Court for the District of Massachusetts
             <u>Civil Action No. 04-11456-RWZ</u>

Dear Mr. Anastas:

    Would you please adjust your records with reference to electronic notification of docket entries concerning this civil action and send all notices to the following e-mail address:

**rwgannett@gannettlaw.com**

    You may use this e-mail address for any other notification purpose as well.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    Richard W. Gannett

c: Michael B. Feinman, Esquire