UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
         Plaintiff,
         Judgment Creditor
V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
         Defendant,
         Judgment Debtor

**CERTIFICATE OF SERVICE**

      I, Michael B. Feinman, hereby certify that I have this day served my Opposition To Motion for Attachment And Turnover of Funds for Ching Yee M. Tsui, a party in interest in the above matter, by service under the Court's ECF system, and to the following, if not receiving notice electronically through ECF, by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following parties in interest:

Richard W. Gannett, Esq.
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA  02114-2025


Dated: February 22, 2005         /s/ Michael B. Feinman
                                       Michael B. Feinman