UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11456-RWZ

|  |  |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION, | ) ) ) ) |
| Plaintiff, Judgment Creditor, | ) ) ) |
| v. | ) ) |
| CHI CHEN A/K/A CHI CHEN HU, A/K/A TRACY CHEN, | ) ) ) ) |
| Defendant Judgment Debtor. | ) ) ) ) |

**ORDER**

1.      This motion of judgment creditor General Electric Mortgage Insurance Corporation ("GEMIC") for attachment on trustee process under Fed. R. Civ. P. 64, or in the alternative, for a temporary restraining order under Fed. R. Civ. P. 65(b) and for a turnover of funds attached, came on for hearing before the United States District Court for the District of Massachusetts on March 29, 2005. All counsel of record were notified.

2.      The motion sought trustee process upon dividend-producing mutual funds held by Cheng Yih Hu, a/k/a Michael Hu, a judgment debtor and the former husband of the defendant Chi Chen, a/k/a Chi Chen Hu, a/k/a Tracy Chen. The mutual funds identified as owned by Michael Hu include:

        a.      Vanguard Wellington;
        b.      Vanguard Prime;

    c.    Vanguard HealthCare;

    d.    Vanguard Primecap;

    e.    Van Wagner MMKT;

    f.    Robertson Stephens;

    g.    Mutual Qualified;

    h.    PBHG Cash Reserve;

    i.    PBHG Tech & Comm.;

    j.    Oakmark Select;

    k.    Kaufmann;

    l.    Fidelity Electronic;

    m.    Doge & Cox Stock;

    n.    Babson Value; and

    o.    Babson Enterprise.

3. Pursuant to Fed. R. Civ. P. 64, insofar as monies in the hands of the above named trustees belong to Michael Hu, a/k/a Cheng Yih Hu, the motion is ALLOWED and a trustee process summons shall issue by the Clerk of the Court for each entity mutual fund to answer the trustee process summons.

Rya W. Zobel
United States District Judge
District of Massachusetts