UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
        Plaintiff,
        Judgment Creditor
V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
        Defendant,
        Judgment Debtor

**CERTIFICATE OF SERVICE**

      I, Michael B. Feinman, hereby certify that I have this day served a Response to Order to Show Cause by service under the Court's ECF system, and to the following, if not receiving notice electronically through ECF, by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following party in interest:

Richard W. Gannett, Esq.
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA  02114-2025

Dated: April 13, 2005        /s/ Michael B. Feinman
        Michael B. Feinman

04x3791\certofserv4-13-05.doc