UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
        Plaintiff,
        Judgment Creditor
V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
        Defendant,
        Judgment Debtor

**CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served an Opposition to Motion of Plaintiff to Amend Complaint and a Motion for Order Directing Turnover of Funds to Ching Yee M. Tsui, by service under the Court's ECF system, and to the following, if not receiving notice electronically through ECF, by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following party in interest:

Richard W. Gannett, Esq.
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA  02114-2025

Dated: May 20, 2005        /s/ Michael B. Feinman
        Michael B. Feinman

04x3791\certofserv5-20-05.doc