UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
    Plaintiff,
    Judgment Creditor
V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
    Defendant,
    Judgment Debtor

**CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served an Opposition of Interested Party, Cheng Yee M. Tsui, to Motion of Plaintiff to Cancel or Adjourn Trial Scheduled for August 15, 2005, Concerning Ching Yee M. Tsui, if not shown as receiving notice electronically,, by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following party in interest:

Richard W. Gannett, Esq.
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA  02114-2025

Dated: August 5, 2005        /s/ Michael B. Feinman
                                                Michael B. Feinman

04x3791\certofserv8-5-05.doc