UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION, <br><br> Plaintiff, <br> Judgment Creditor, <br> v. <br><br> CHI CHEN <br> A/K/A CHI CHEN HU, <br> A/K/A TRACY CHEN, <br> CHENG YIH HU <br> a/k/a MICHAEL HU, <br><br> Defendants, <br> Judgment Debtors. | Civil Action No. 04-11456-RWZ |

**NOTICE OF GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION
TO NONSUIT AMENDED COMPLAINT WITHOUT PREJUDICE
UNDER FED R. CIV. P. 41(a)(1)**

General Electric Mortgage Insurance Corporation ("GEMIC") gives notice under Fed R. Civ. P. 41(a)(1) to nonsuit *without prejudice* its amended complaint.

General Electric Mortgage Insurance Corporation,
Plaintiff Judgment Creditor,
By its attorney,

_____
Richard W. Gannett, Esquire
BBO # 184430
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA 02114-2025
(617)367-0606

Dated: August 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within notice to nonsuit amended complaint *without prejudice* under Fed R. Civ. P. 41(a)(1) upon the Clerk of Court United States District Court 1 Courthouse Way Boston, MA 02210 by hand on August 12, 2005 and I served a true copy of said notice upon Michael B. Feinman, Esquire Feinman Law Offices 23 Main Street Andover, MA 01810 on August 12, 2005 by U. S. Mail and by telefax.

_____
Richard W. Gannett