# EXHIBIT "3"

GANNETT & ASSOCIATES
ATTORNEYS AT LAW
165 FRIEND STREET, SUITE 200
BOSTON, MA 02114-2025

(617) 367-0606
FAX (617) 367-2121



August 11, 2005

Michael B. Feinman, Esquire
Feinman Law Offices
23 Main Street
Andover, MA 01810

    Re:    General Electric Mortgage Ins. Corp. v. Ching Yee M. Tsui
             <u>Suffolk County Superior Court C.A. #05-3315-D</u>

Dear Mr. Feinman:

    As you are aware we informed your firm that we will be filing a voluntary nonsuit in the matter before Judge Zobel in the Federal Court.

    I left a message with your associate Mr. Shannon earlier today stating this.

    Please advise if you will accept service of process of the summons and complaint for your client, Ms. Tsui.

    Also, I anticipate conducting depositions of a host of individuals and entities both locally and in the West Coast as soon as possible. Will you be traveling to the West Coast for these depositions or will local counsel handle this portion of the matter? Some of these may require an expedited procedure. Can you provide information to GEMIC as to the location and bank account and signatory(ies) of the proceeds of what GEMIC has termed the "Silicon Valley" house? Can you provide your schedule for these matters?

    Thank you.

                                                      Very truly yours,

                                                      Richard W. Gannett

c: General Electric Mortgage Insurance Corporation