EXHIBIT "4"

**GANNETT & ASSOCIATES**
ATTORNEYS AT LAW
165 FRIEND STREET, SUITE 200
BOSTON, MA 02114-2025

(617) 367-0606
FAX (617) 367-2121

August 10, 2005

Mr. Michael Brennan
Assistant Clerk of Court
Middlesex County Superior Court
360 Gorham Street
Lowell, MA 01852

RECEIVED AUG 12 2005

Re:   General Electric Mortgage Insurance Corporation v. Cheng-Yih Hu and Chi-Chen Hu and Gloria Shiao, Individually and as Trustee of the Autumn Lane Trust
Middlesex County Superior Court C.A. No. 94-1901-L

Dear Mr. Brennan:

Enclosed please find a copy of the following documents:

1. Motion of judgment creditor, General Electric Mortgage Insurance Corporation for Attachment on Trustee Process Under Mass. R. Civ. P. 4.2, of Wages Paid by Cisco Systems, Inc. to Judgment Debtor Cheng Yih Hu (Michael Hu) and for a Temporary Restraining Order and/or Preliminary Injunction Under Mass. R. Civ. P. 65 Concerning Stock Options of Judgment Debtor Cheng Yih Hu in the Hands of Cisco Systems, Inc;

2. Affidavit of Richard W. Gannett.

The original documents were filed in Cambridge, MA today and from information provided the originals will be delivered to Lowell, MA. We request a hearing date as soon as possible. We are also filing an amended certificate of service which is enclosed.

Thank you for your attention to this matter.

Very truly yours,

Richard W. Gannett

enclosures
c:   General Electric Mortgage Insurance Corporation
     Service list

## AMENDED CERTIFICATE OF SERVICE

      I, Richard W. Gannett, certify that I have served a true and correct copy of the within motion of judgment creditor, General Electric Mortgage Insurance Corporation for Attachment on Trustee Process Under Mass. R. Civ. P. 4.2 and for a Temporary Restraining Order and/or preliminary injunction under Mass. R. Civ. P. 65 and affidavit of Richard W. Gannett upon the following:

by U. S. Mail, postage prepaid, on August 10, 2005.

Gilbert & Renton, LLC
23 Main Street
Andover, MA 01801

Michael B. Feinman, Esquire
Feinman Law Offices
23 Main Street
Andover, MA 01801

Chief Legal Officer
General Counsel's Office
Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134

Richard S. Hackel, Esquire
98 North Washington Street
Boston, MA 02114-1913

Anthony S. Falco, Esquire
50 Quincy Avenue
Quincy, Massachusetts 02169

_____
Richard W. Gannett