UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
         Plaintiff,
         Judgment Creditor
V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
         Defendant,
         Judgment Debtor

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1(A)(2)**

      I, Michael B. Feinman, hereby certify that I have attempted to contact counsel for the Plaintiff pursuant to Local Rule 7.1(A)(2) in a good faith effort to resolve or narrow the issues as presented in the Motion For Sanctions. After leaving telephone messages on August 16, and August 17, 2005, neither Mr. Gannett nor his associates have returned these calls.

Dated: August 17, 2005                    /s/ Michael B. Feinman
                                                        Michael B. Feinman