### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

| |
|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION, <br>           Plaintiff, <br>           Judgment Creditor <br> V. <br><br> CHI CHEN A/K/A CHEN HU, <br> A/K/A TRACY CHEN, <br>           Defendant, <br>           Judgment Debtor |

### **CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served a Motion For Sanctions, Certification Under Local Rule 7.1, and Affidavit of Michael B. Feinman, if not shown as receiving notice electronically, by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following party in interest:

Richard W. Gannett, Esq.<br>
Gannett & Associates<br>
165 Friend Street, Suite 200<br>
Boston, MA  02114-2025

Dated: August 17, 2005                                        /s/ Michael B. Feinman
                                                                                Michael B. Feinman