| Life Ins Imputed Income Offset | 7.43 | 14.86 |
|---|---|---|
| Life Post Tax 1 | 7.92 | 15.84 |
| ESPP Period Jan - Jun | 457.79 | 915.58 |
| Total | 765.88 | 1,531.76 |
| W2 Gross | 3,881.88 | 7,168.65 |

| Net Pay | 2,134.05 |
|---|---|

View as PDF | Print | Go back

| **Cisco Systems** | 170 WEST TASMAN DRIVE SAN JOSE, CA 95134-1706 (408) 527-8976 | 01/14/2005 | D1021815 |
|---|---|---|---|

| VOID-VOID-VOID-VOID-VOID-VOID | | | $1,741.87 |
|---|---|---|---|

USM 020757

CHENG-YIH HU
4756 CALENDULA COURT
SAN JOSE, CA 95136

# VOID

**NON-NEGOTIABLE**

| Employee | ID | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| CHENG-YIH HU | 057221 | 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 | MARRIED | US-7/0 CA-7/0 | D1021815 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CIS-22A | 1 | 022 | 020757 | 06/23/2000 | 12/27/2004 | 01/09/2005 | 01/14/2005 |

Service Date

02/21/2000

| **Earnings** | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Salary - Exempt | | | 4,577.88 | |
| Salary - Exempt | 57.2235 | 64.00 | 3,662.30 | 915.58 |
| Paid Time Off | 57.2235 | 64.00 | 3,662.30 | 3,662.30 |
| Flex Credits | | | 81.00 | 81.00 |
| Life Insurance | | | 7.43 | 7.43 |
| Imputed Income | | | | |
| Stock Plan (2) | | | 12.52 | 12.52 |
| Refund | | | | |
| **Total Gross** | | | 4,678.83 | 4,678.83 |

**Taxes**

| Federal Income Tax | 288.44 | 288.44 |
|---|---|---|
| Social Security (FICA) | 280.41 | 280.41 |
| Federal Medicare | 65.58 | 65.58 |
| California Income Tax | 108.34 | 108.34 |
| California Vol. Disability | 48.77 | 48.77 |
| Total | 791.54 | 791.54 |

**Pre-Tax Deductions**

| Kaiser (EE + Fam) | 125.16 | 125.16 |
|---|---|---|
| AD&D 4 x Salary | 2.62 | 2.62 |
| 401(k) Savings Plan | 961.35 | 961.35 |
| Vision (EE + Family) | 6.12 | 6.12 |
| MetLife Comp PPO (EE+Family) | 9.62 | 9.62 |
| 401(k) Catch Up Provision | 274.67 | 274.67 |
| Total | 1,379.54 | 1,379.54 |

**After-Tax Deductions**

| **Paid Time off** | Current | | Current | |
|---|---|---|---|---|
| Plan | Accrued | Taken | Balance | Limit |
| PTO | 6.16 | 64.00 | 163.10 | 240.00 |

**Direct Deposit Accounts**

| CHECKING - | 1009006657 | 1,741.87 |
|---|---|---|

| **Memo Entries** | | Current | Year To Date |
|---|---|---|---|
| Employer 401(k) Match | | 137.34 | 137.34 |
| Pre-Tax Benefits YTD | | 143.52 | 143.52 |

**Messages**

| | | |
|---|---|---|
| Dep Lif Ins Spouse 10k | 1.25 | 1.25 |
| Dep Lif Ins Child 12.5k | 0.66 | 0.66 |
| 401(k) Loan 1 (Cisco) | 290.83 | 290.83 |
| Life Ins Imputed Income Offset | 7.43 | 7.43 |
| Life Post Tax 1 | 7.92 | 7.92 |
| ESPP Period Jan - Jun | 457.79 | 457.79 |
| Total | 765.88 | 765.88 |
| W2 Gross | 3,286.77 | 3,286.77 |

Net Pay          1,741.87

View as PDF    Print    Go back

**CISCO SYSTEMS**

170 WEST TASMAN DRIVE
SAN JOSE, CA 95134-1706
(408) 527-8976

12/30/2004                    D1013840

**VOID-VOID-VOID-VOID-VOID-VOID-VOID**                                $3,024.20

USM 020757

CHENG-YIH HU
4756 CALENDULA COURT
SAN JOSE, CA 95136

# VOID

**NON-NEGOTIABLE**

| Employee | ID | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| CHENG-YIH HU | 057221 | 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 | MARRIED | US-7/0 CA-7/0 | D1013840 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CIS-22A | 1 | 022 | 020757 | 06/23/2000 | 12/13/2004 | 12/26/2004 | 12/30/2004 |

Service Date

02/21/2000

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Salary - Exempt | | | 4,577.88 | |
| Salary - Exempt | 57.2235 | -8.00 | -457.79 | 114,760.97 |
| Paid Time Off | 57.2235 | 8.00 | 457.79 | 5,590.78 |
| Retroactive Pay | | | | 696.63 |
| Flex Credits | | | 84.35 | 2,277.45 |
| ISO Stk Option Gain | | | | 104,610.00 |
| ESPP Disq Disp | | | | 16,858.56 |
| PLI Mid Year Bonus | | | | 9,774.99 |
| PLI Year-end Bonus | | | | 21,149.67 |
| Health Care Reimbursement 2003 | | | | 204.60 |
| Stock Plan (1) Refund | | | | 7.12 |
| Stock Plan (2) Refund | | | | 2.81 |
| FSA HC4 Health Care Reimb 2004 | | | 275.00 | 385.62 |
| **Total Gross** | | | 4,937.23 | 276,319.20 |

**Taxes**

| | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 553.08 | 19,184.14 |
| Social Security (FICA) | | 5,449.80 |
| Federal Medicare | 65.36 | 2,175.92 |
| California Income Tax | 211.95 | 7,298.58 |
| California Vol. Disability | | 812.18 |
| **Total** | 830.39 | 34,920.62 |

**Pre-Tax Deductions**

| | Current | Year To Date |
|---|---|---|
| Kaiser (EE + Fam) | 119.89 | 3,237.03 |
| Health Care - FSA | 14.77 | 400.00 |
| AD&D 4 x Salary | 2.39 | 64.53 |
| 401(k) Savings Plan | | 13,000.00 |
| Life Ins Basic Pretax $50K | 3.12 | 84.24 |
| Vision (EE + Family) | 5.79 | 156.33 |

**Paid Time off**

| Plan | Current Accrued | Current Taken | Balance | Limit |
|---|---|---|---|---|
| PTO | 6.16 | 8.00 | 220.94 | 240.00 |

**Direct Deposit Accounts**

| | | | |
|---|---|---|---|
| CHECKING - | 1009006657 | | 3,024.20 |

**Memo Entries**

| | Current | Year To Date |
|---|---|---|
| Employer 401(k) Match | | 2,958.68 |
| Pre-Tax Benefits YTD | 155.04 | 4,187.29 |

| | | |
|---|---|---|
| MetLife Comp PPO (EE+Family) | 9.08 | 245.16 |
| 401(k) Catch Up Provision | 169.49 | 3,000.00 |

| | | |
|---|---|---|
| Total | 324.53 | 20,187.29 |

**Messages**

**After-Tax Deductions**

| | | |
|---|---|---|
| Dep Lif Ins Spouse 10k | 0.84 | 22.68 |
| Dep Lif Ins Child 12.5k | 0.69 | 18.63 |
| 401(k) Loan 1 (Cisco) | 290.83 | 4,071.62 |
| ISO/NQ Offset | | 16,858.56 |
| Life Post Tax 1 | 7.96 | 214.92 |
| Disbursed by Broker | | 104,610.00 |
| ESPP Period Jan - Jun | | 6,727.53 |
| ESPP Period July - Dec | 457.79 | 8,469.85 |

| | | |
|---|---|---|
| Total | 758.11 | 140,993.79 |

| | | |
|---|---|---|
| W2 Gross | 4,337.70 | 255,531.76 |

| | |
|---|---|
| Net Pay | 3,024.20 |

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Andrew H. Wu, J.D.                                (SBN: 156547) 95 S. Market Street Suite 300 San Jose                          CA    95113 TELEPHONE NO.: (408) 995-3228    FAX NO.: (408) 995-3284 ATTORNEY FOR (Name): Respondent, Cheng-Yih (Michael) Hu | FILED 2005 JAN 31  P 1: 05 KIRI TORRES, CLERK OF THE SUPERIOR COURT COUNTY OF SANTA CLARA, CALIFORNIA BY_____ DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 170 Park Center Plaza
MAILING ADDRESS: 170 Park Center Plaza
CITY AND ZIP CODE: San Jose          CA     95113
BRANCH NAME: Family Law Division

PETITIONER/PLAINTIFF: Ching Yee (Millor) Tsui

RESPONDENT/DEFENDANT: Cheng-Yih (Michael) Hu

OTHER PARENT:

| PROOF OF SERVICE BY MAIL | CASE NUMBER: 1-05-FL124146 |
|---|---|

**NOTICE:  To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   95 S. Market Street, Suite 300, San Jose, California, 95113.

3. I served a copy of the following documents (specify):
   Response and Request for Dissolution of Marriage; Income and Expense Declaration; and Responsive Declaration to Order to Show Cause or Notice of Motion.

   by enclosing them in an envelope AND
   a. ☐ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☒ placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Dale Chen, Esq.
   b. Address: 147 Castro Street, Ste. 2A, Mountain View, CA 94401

   c. Date mailed: January 31, 2005
   d. Place of mailing (city and state): San Jose, CA

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 31, 2005

Simon M. Gladin
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| MARRIAGE OF *(last name, first name of parties):* Tsui & Hu, Ching Yee (Millor) & Cheng-Yih (Michael) Hu | CASE NUMBER: 1-05-FL124146 |
|---|---|

**5. DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND DEBTS AS CURRENTLY KNOWN**

a. ☐ There are no such assets or debts subject to disposition by the court in this proceeding.

b. ☒ All such assets and debts are listed ☐ in *Property Declaration* (form FL-160) ☐ in Attachment 5b.

   ☒ below *(specify):*
   Nature and extent to be determined.

6. ☐ **Respondent contends** that the parties were never legally married.

7. ☐ **Respondent denies** the grounds set forth in item 6 of the petition.

8. **Respondent requests**

a. ☒ dissolution of the marriage based on
   (1) ☒ irreconcilable differences. (Fam. Code, § 2310(a).)
   (2) ☐ incurable insanity. (Fam. Code, § 2310(b).)

b. ☐ legal separation of the parties based on
   (1) ☐ irreconcilable differences. (Fam. Code, § 2310(a).)
   (2) ☐ incurable insanity. (Fam. Code, § 2310(b).)

c. ☐ nullity of void marriage based on
   (1) ☐ incestuous marriage. (Fam. Code, § 2200.)
   (2) ☐ bigamous marriage. (Fam. Code, § 2201.)

d. ☐ nullity of voidable marriage based on
   (1) ☐ respondent's age at time of marriage. (Fam. Code, § 2210(a).)
   (2) ☐ prior existing marriage. (Fam. Code, § 2210(b).)
   (3) ☐ unsound mind. (Fam. Code, § 2210(c).)
   (4) ☐ fraud. (Fam. Code, § 2210(d).)
   (5) ☐ force. (Fam. Code, § 2210(e).)
   (6) ☐ physical incapacity. (Fam. Code, § 2210(f).)

9. **Respondent requests** that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|  | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|
| a. Legal custody of children to ................................................ | ☐ | ☐ | ☐ | ☐ |
| b. Physical custody of children to ................................................ | ☐ | ☐ | ☐ | ☐ |
| c. Child visitation be granted to ................................................ | ☐ | ☐ | ☐ | ☐ |

As requested in form: ☐ FL-311 ☐ FL-312 ☐ FL-341(C) ☐ FL-341(D) ☐ FL-341(E) ☐ Attachment 9c.

d. ☐ Determination of parentage of any children born to the Petitioner and Respondent prior to the marriage.

e. Attorney fees and costs payable by ............................................. ☒ ☒

f. Spousal support payable to (wage assignment will be issued) ...................... ☐ ☐

g. ☒ Terminate the court's jurisdiction (ability) to award spousal support to Petitioner.

h. ☒ Property rights be determined.

i. ☐ Respondent's former name be restored to *(specify):*

j. ☒ Other *(specify):* As the Court deems just and proper.

☐ Continued on Attachment 9j.

10. **Child support--** If there are minor children born to or adopted by the Petitioner and Respondent before or during this marriage, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party. An earnings assignment may be issued without further notice. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 29, 2005

Cheng-Yih (Michael) Hu
(TYPE OR PRINT NAME)                                              (SIGNATURE OF RESPONDENT)

Date: January 29, 2005

Andrew H. Wu, J.D.
(TYPE OR PRINT NAME)                                   (SIGNATURE OF ATTORNEY FOR RESPONDENT)

**The original response must be filed in the court with proof of service of a copy on Petitioner.**

| MARRIAGE OF *(last name, first name of parties)*:<br>Tsui & Hu, Ching Yee (Millor) & Cheng-Yih (Michael) Hu | CASE NUMBER:<br>1-05-FL124146 |

**5. DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND DEBTS AS CURRENTLY KNOWN**

    a. ☐   There are no such assets or debts subject to disposition by the court in this proceeding.

    b. ☒   All such assets and debts are listed ☐ in *Property Declaration* (form FL-160) ☐ in Attachment 5b.

        ☒ below *(specify)*:
        Nature and extent to be determined.

**6.** ☐   **Respondent contends** that the parties were never legally married.

**7.** ☐   **Respondent denies** the grounds set forth in item 6 of the petition.

**8. Respondent requests**

    a. ☒  dissolution of the marriage based on
        (1) ☒  irreconcilable differences. (Fam. Code, § 2310(a).)
        (2) ☐  incurable insanity. (Fam. Code, § 2310(b).)

    b. ☐  legal separation of the parties based on
        (1) ☐  irreconcilable differences. (Fam. Code, § 2310(a).)
        (2) ☐  incurable insanity. (Fam. Code, § 2310(b).)

    c. ☐  nullity of void marriage based on
        (1) ☐  incestuous marriage. (Fam. Code, § 2200.)
        (2) ☐  bigamous marriage. (Fam. Code, § 2201.)

    d. ☐  nullity of voidable marriage based on
        (1) ☐  respondent's age at time of marriage. (Fam. Code, § 2210(a).)
        (2) ☐  prior existing marriage. (Fam. Code, § 2210(b).)
        (3) ☐  unsound mind. (Fam. Code, § 2210(c).)
        (4) ☐  fraud. (Fam. Code, § 2210(d).)
        (5) ☐  force. (Fam. Code, § 2210(e).)
        (6) ☐  physical incapacity. (Fam. Code, § 2210(f).)

**9. Respondent requests** that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|  | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|
| a. Legal custody of children to ................................. | ☐ | ☐ | ☐ | ☐ |
| b. Physical custody of children to ............................ | ☐ | ☐ | ☐ | ☐ |
| c. Child visitation be granted to .............................. | ☐ | ☐ | ☐ | ☐ |

    As requested in form: ☐ FL-311 ☐ FL-312 ☐ FL-341(C) ☐ FL-341(D) ☐ FL-341(E) ☐ Attachment 9c.

    d. ☐  Determination of parentage of any children born to the Petitioner and Respondent prior to the marriage.

| | Petitioner | Respondent |
|---|---|---|
| e. Attorney fees and costs payable to ..................................... | ☒ | ☒ |
| f. Spousal support payable to (wage assignment will be issued) ........... | ☐ | ☐ |

    g. ☒  Terminate the court's jurisdiction (ability) to award spousal support to Petitioner.

    h. ☒  Property rights be determined.

    i. ☐  Respondent's former name be restored to *(specify)*:

    j. ☒  Other *(specify)*: As the Court deems just and proper.

    ☐  Continued on Attachment 9j.

**10. Child support**– If there are minor children born to or adopted by the Petitioner and Respondent before or during this marriage, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party. An earnings assignment may be issued without further notice. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 29, 2005

    Cheng-Yih (Michael) Hu            ▶ *Chegh *
    (TYPE OR PRINT NAME)             (SIGNATURE OF RESPONDENT)

Date: January 29, 2005

    Andrew H. Wu, J.D.             ▶
    (TYPE OR PRINT NAME)              (SIGNATURE OF ATTORNEY FOR RESPONDENT)

---

**The original response must be filed in the court with proof of service of a copy on Petitioner.**

Superior Court Of California
Minute Order -
HONORABLE MARC POCHE MARC POCHE
Comesa STEINGART

Calendar For: 02/03/05                                                    Page:    1

L. Chavez
Reporter: Reporter                Clerk: DARLENE R. PICAZO      Bailiff: Justin Velo

Dept: Dept 71

---

18.    09:00AM Case: 1-05-FL-124146  Ching Y. Tsui and Cheng-Yih Hu
       Type: Dissolution Of Marriage/No Minor        Date Filed: 01/03/05
       SubType:


       Event: FL OSC/TRO                              Result Code:
       Text: TRO granted, s/s, a/f (p) HLO


       PTR-0001    Ching Yee Millor Tsui
       RSP-0001    Cheng-Yih Hu

---

_____,                    LANGUAGE INTERPRETER FOR _____
       ( ) CERTIFIED ( ) SWORN
PETITIONER (X) PRESENT (X) NOT PRESENT  COUNSEL FOR PETITIONER (X) PRESENT (X) NOT PRESENT
RESPONDENT (X) PRESENT (X) NOT PRESENT  COUNSEL FOR RESPONDENT (X) PRESENT (X) NOT PRESENT
(X) MATTER IS OFF CALENDAR: (X) NO APPEARANCE ( ) BY STIPULATION ( ) BY COURT ( ) MOVING PARTY
( ) WRITTEN STIPULATION SUBMITTED AND ADOPTED ( ) STIPULATION RECITED ( ) TO BE REISSUED
(X) MATTER CONTINUED TO 3·16-05 _____  AT  900 _____  DEPT 71
                FOR SCHL Conf                       TIME ESTIMATE _____
(X) EXISTING ORDERS TO REMAIN IN EFFECT EXCEPT AS MODIFIED BELOW except 15,000 for each
(X) ADDITIONAL DATE(S) SET 3-28-05 _____  AT  900 _____  DEPT 71
                FOR tr, al                    TIME ESTIMATE 1/2 day
( ) REFERRED TO CALENDAR FOR _____
( ) TRIAL DATE REMAIN AS SET                    ( ) COURT DATE VACATED _____
( ) SETTLEMENT DISCUSSIONS WITH ( ) JUDGE PRO TEM ( ) APJ
( ) BENCH WARRANT ISSUED FOR _____          ( ) BAIL IN THE AMOUNT OF _____
( ) BENCH WARRANT ( ) STAYED TO _____        ( ) SET ASIDE ( ) RECALLED
( ) MOTHER ( ) FATHER TO SIGN UP FOR MEDIATION AND ORIENTATION
( ) EMERGENCY SCREENING
( ) PARTIES REFERRED TO ( ) CLINIC ( ) FAMILY COURT SERVICES ( ) SELF HELP CENTER
COUNSEL FOR ( ) PETITIONER ( ) RESPONDENT TO PREPARE ORDER
( ) PETITIONER ( ) RESPONDENT TO PREPARE ORDER ( ) PARTIES REFERRED TO CLINIC TO PREPARE ORDER
Esl from Smith Barney

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
**191 N. First Street**
**San Jose, CA  95113-1090**

**FILED**

FEB 09 2005

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

TO:    FILE COPY

RE:  Ching Y. Tsui and Cheng-Yih Hu
Case Nbr:  1-05-FL-124146

**NOTICE OF CASE MANAGEMENT CONFERENCE**

THE ABOVE ENTITLED CASE HAS BEEN SCHEDULED FOR A CASE MANAGEMENT CONFERENCE
AS FOLLOWS:

DATE: 03/30/05  TIME: 0916AM  IN: Dept 71

LOCATION: Superior Court, Family Division, 170 Park Center Plaza
          San Jose, CA 95113

IF THE ABOVE DATE PRESENTS A SCHEDULING CONFLICT FOR COUNSEL, OR IF YOU WISH
FURTHER INFORMATION, CONTACT THE DOMESTIC CALENDAR OFFICE AT (408) 534-5710.

SETTLEMENT CONFERENCE AND TRIAL DATES WILL BE SET AT THE TIME OF THE CASE
MANAGEMENT CONFERENCE.

YOU ARE EXPECTED TO BRING YOUR CALENDAR TO COURT.

----------------------------------------------------------------------------
PARTIES AND/OR ATTORNEYS OF RECORD:
CC: Andrew H Wu

     Dale N. Chen , Dale N. Chen Law Offices

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with
Disabilities Act, please contact the Court Administrator's office at (408)882-2700, or use the Court's TDD line, (408)882-2690 or
the voice/TDD California Relay Service, (800)735-2922.

DECLARATION OF SERVICE BY MAIL.  I declare under penalty of perjury that I served this notice by enclosing a true copy in a sealed
envelope, addressed to each person whose name is shown above, and by depositing the envelope with postage fully prepaid, in the
U.S. Mail at San Jose, CA on 021005.  KIRI TORRE, Chief Executive Officer/Clerk  by Lan T. Vo, Deputy.

## CASE MANAGEMENT CONFERENCE

## INSTRUCTION SHEET

**PLEASE TAKE NOTICE:** You are required to appear at a Case Management Conference (CMC) on the court date stated on the attached Notice of CMC.

### INITIAL CASE MANAGEMENT CONFERENCE

If this is the Initial Case Management Conference in this matter, you must complete Part 1 of the attached CMC Questionnaire, mail completed copies to all attorneys or self represented parties in the case, and file the original with the Court at least 15 calendar days before the scheduled court date.

### TRIAL/REVIEW CASE MANAGEMENT CONFERENCE

If this is a Trial/Review Case Management Conference, you must complete Part 2 of the attached CMC Questionnaire, mail copies to all attorneys or self represented parties in the case, and file the original with the Court at least 15 calendar days before the scheduled court date.

### TELEPHONIC APPEARANCE

If you want to appear at a Case Management Conference by telephone, complete the attached Request for Telephone Appearance Form, file or fax it to the Court between 6 and 10 court days prior to the CMS. You will be contacted about the scheduling of the conference call. The Court may require a personal appearance of all counsel and parties at any CMC. This telephonic appearance is not available to parties eligible for the early neutral evaluation program (see enclosed notice).

**ANY FAILURE TO COMPLY WITH ANY OF THESE PROCEDURES OR A FAILURE TO APPEAR AT A CASE MANAGEMENT CONFERENCE MAY RESULT IN SANCTIONS AGAINST YOU.**

Estas instrucciones son obtenibles en espanol en las oficina del actuario (clerk's office), 170 Park Center Plaza, San Jose, California 95113.

Superior Court Of California
Minute Order -
HONORABLE MARC POCHE

Calendar For: 03/30/05                                              Page:    1

DARLENE R. PICAZO

Reporter: Reporter              Clerk: Thuy Le              Bailiff: Justin Velo

Dept: Dept 71

---

15.  09:16AM Case: 1-05-FL-124146  Ching Y. Tsui and Cheng-Yih Hu
     Type: Dissolution Of Marriage/No Minor        Date Filed: 01/03/05
     SubType:

     Event: FL Case Management Conf                 Result Code: 901
            Text: response filed 1/31/05-ltv

            PTR-0001   Ching Yee Millor Tsui
                    Atty: Dale N. Chen
            RSP-0001   Cheng-Yih Hu
                    Atty: Andrew H. Wu

---

PETITIONER ( ) PRESENT ( ) NOT PRESENT COUNSEL FOR PETITIONER ( ) PRESENT ( ) NOT PRESENT
RESPONDENT ( ) PRESENT/NOT PRESENT ( ) COUNSEL FOR RESPONDENT PRESENT/NOT PRESENT
( ) OFF CALENDAR: ( ) NO APPEARANCE ( ) COURT ( ) STIPULATION ( ) REQUEST OF COUNSEL
( ) APPEARANCE BY PHONE BY ( ) PETITIONER ( ) RESPONDENT ( ) COUNSEL FOR ( ) PTR ( ) RESP
( ) MATTER IS CONTINUED TO_____AT_____FOR_____
( ) SETTLEMENT CONFERENCE DATE _____DEPT_____AT_____
( ) COUNSEL/PARTIES SENT TO CALENDAR FOR NEXT AVAILABLE MSC AND TRIAL DATES
( ) REFERRED TO CIVIL MASTER TRIAL CALENDAR ON _____
( ) TRIAL DATE(S)_____DEPT_____AT_____TIME ESTIMATE_____
( ) THE FOLLOWING COURT DATES ARE VACATED_____
( ) PETITIONER ( ) RESPONDENT ARE TO SERVE PRELIMINARY DECLARATIONS OF DISCLOSURE BY_____

SETTLEMENT OFFICER CONFERENCE
( ) COUNSEL/PARTIES SENT TO CALENDAR FOR SETTLEMENT OFFICER CONFERENCE DATE

EARLY NEUTRAL EVALUATION
( ) PARTIES REFERRED TO EARLY NEUTRAL EVALUATION
( ) STIPULATION AND ORDER TO EARLY NEUTRAL EVALUATION SIGNED BY BOTH PARTIES IN COURT
( ) ORDERS AND INFORMATION PACKET GIVEN TO ( ) PETITIONER ( ) RESPONDENT IN COURT

---

Prepared On: 03/21/05 TIME: 8:57AM

Superior Court Of California
Minute Order -
HONORABLE MARC POCHE

Calendar For: 03/28/05                                              Page:    1

Reporter: Reporter          Clerk: Thuy Le          Bailiff: Justin Velo

Dept: Dept 71

---

2.  09:00AM Case: 1-05-FL-124146  Ching Y. Tsui and Cheng-Yih Hu
    Type: Dissolution Of Marriage/No Minor      Date Filed: 01/03/05
    SubType:

    Event: FL Trial-Short Cause                    Result Code: /930
        Text: set per mins of 2/3/05 time est 1/2 day slr  vacated
        per mins of 031605 slr

            PTR-0001  Ching Yee Millor Tsui
                Atty: Dale N. Chen
            RSP-0001  Cheng-Yih Hu
                Atty: Andrew H. Wu

---

COUNTY OF SANTA CLARA
FAMILY LAW DIVISION
170 Park Center Plaza
San Jose, California 95113

PETITIONER/PLAINTIFF: _Cheng Tsui_

RESPONDENT/DEFENDANT: _Cheng Hu_

**STIPULATION TO TEMPORARY JUDGE**

# FILED

MAR 16 2005

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
R. REGELLO

CASE NUMBER:
1-05-FL124146

UCS/TB

---

IT IS HEREBY AGREED between the undersigned that _STEFAN KENNEDY_, a member
of the State Bar of California, whose office address is:
                                                    Name

_377 W. San Carlos_          _San Jose_              _CA_      _95110_
Address                      City                    State     ZIP

be appointed Judge Pro Tempore (Temporary Judge) of the Superior Court to try this action.

Dated: 3/16/05

_____          _____
Petitioner/Plaintiff                    Respondent/Defendant

_Attorney for Petitioner, Telephone_

_____          _____
Attorney for Petitioner/Plaintiff       Attorney for Respondent/Defendant

---

Pursuant to Rule 244, California Rules of Court, and the above agreement between the parties and counsel, the Court orders that the selection of the above named temporary judge is approved and said person is appointed to serve as temporary judge in this action.

Dated: 3-16-05

_____
Judge of the Superior Court

---

## OATH OF OFFICE AND CONSENT TO SERVE AS JUDGE PRO TEMPORE

For the office of Judge Pro Tempore (Temporary Judge) of the Superior Court of the State of California, County of Santa Clara, I do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter. I consent to serve as Judge Pro Tempore in the above entitled matter.

Subscribed and sworn to before me on:

Date: 3/16/05

By: _____          _____
Deputy                                      Judge Pro Tempore (Temporary Judge)
                                            Stefan Kennedy

R. REGELLO

Rev. 7/16/95)            **STIPULATION TO TEMPORARY JUDGE**

Superior Court Of California
Minute Order -
HONORABLE MARC POCHE

Calendar For: 03/16/05                                              Page:    1

Reporter: ~~Reporter~~ *Anita Self*           Clerk: ~~Thuy Le~~ *K. Regello*           Bailiff: Justin Velo

Dept: Dept 71

---

6.   09:00AM Case: 1-05-FL-124146   Ching Y. Tsui and Cheng-Yih Hu
     Type: Dissolution Of Marriage/No Minor       Date Filed: 01/03/05
     SubType:


     Event: FL Settlement Conference                      Result Code:
            Text: set per mins of 2/3/05 slr


            PTR-0001   Ching Yee Millor Tsui
               Atty: Dale N. Chen
            RSP-0001   Cheng-Yih Hu
               Atty: Andrew H. Wu

            *Pro Tem   Atty. Stefan Kennedy*

_____,  _____ LANGUAGE INTERPRETER FOR _____
          ( )CERTIFIED ( )SWORN
PETITIONER ( )PRESENT (X)NOT PRESENT  COUNSEL FOR PETITIONER (X)PRESENT ( )NOT PRESENT
RESPONDENT (X)PRESENT ( )NOT PRESENT  COUNSEL FOR RESPONDENT (X)PRESENT ( )NOT PRESENT
( )MATTER IS OFF CALENDAR: ( )NO APPEARANCE ( )BY STIPULATION ( )BY COURT ( )MOVING PARTY
( )WRITTEN STIPULATION SUBMITTED AND ADOPTED (X)STIPULATION RECITED ( )TO BE REISSUED
( )MATTER CONTINUED TO _____ AT _____ DEPT _____
          FOR _____ TIME ESTIMATE _____
( )EXISTING ORDERS TO REMAIN IN EFFECT EXCEPT AS MODIFIED BELOW
( )ADDITIONAL DATE(S) SET:_____ AT_____ DEPT_____
          FOR _____ TIME ESTIMATE _____
( )REFERRED TO CALENDAR FOR_____
( )TRIAL DATE REMAIN AS SET                     (X)COURT DATE VACATED *3-28-05 trial*
(X)SETTLEMENT DISCUSSIONS WITH (X)JUDGE PRO TEM ( )APJ          *at  900*
( )BENCH WARRANT ISSUED FOR_____ ( )BAIL IN THE AMOUNT OF_____
( )BENCH WARRANT ( )STAYED TO_____ ( )SET ASIDE ( )RECALLED
( )MOTHER ( )FATHER TO SIGN UP FOR MEDIATION AND ORIENTATION
( )EMERGENCY SCREENING
( )PARTIES REFERRED TO ( )CLINIC ( )FAMILY COURT SERVICES ( )SELF HELP CENTER
COUNSEL FOR ( )PETITIONER ( )RESPONDENT TO PREPARE ORDER
( )PETITIONER  ( )RESPONDENT TO PREPARE ORDER ( )PARTIES REFERRED TO CLINIC TO PREPARE ORDER

*The 3-30-05 case Management Conference is
continued to 4-27-05 at 915 in Dept. 71*

---

Prepared On: 03/08/05 TIME: 8:31AM

FL-340

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*<br>DALE CHEN, ESQ  SBN 114701<br>LAW OFFICES OF DALE N. CHEN<br>147 CASTRO STREET, STE. 2A<br>MOUNTAIN VIEW CA 94041<br>TELEPHONE NO.: 650 988-6696    FAX NO. *(optional)*: 650 903-1813<br>ATTORNEY FOR *(Name)*: CHING YEE MILLOR TSUI | FOR COURT USE ONLY<br><br>UC&CA<br><br>F I L E D<br><br>APR 1 9 2005<br><br>KIRI TORRE<br>Chief Executive Officer/Clerk<br>Superior Court of CA, County of Santa Clara<br>BY_____<br>_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 170 PARK CENTER PLAZA
MAILING ADDRESS: 170 PARK CENTER PLAZA
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: FAMILY DIVISION

PETITIONER/PLAINTIFF: CHINGWEN CHANG

RESPONDENT/DEFENDANT: CHENG-YIH HU

OTHER:

| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER:<br>105 FL 124146 |
|---|---|

1. This proceeding was heard
   on *(date)*: 2/3/05       at *(time)*: 9:00 AM     in Dept.: 71    Room:
   by Judge *(name)*: MARK POCHE       ☐ Temporary Judge

   ☑ Petitioner/plaintiff present            ☑ Attorney present *(name)*: DALE CHEN, ESQ.
   ☑ Respondent/defendant present        ☑ Attorney present *(name)*: ANDREW WU
   ☐ Other present                          ☐ Attorney present *(name)*:
   ☐ On the order to show cause or motion filed *(date)*:        by *(name)*:

2. **THE COURT ORDERS**

3. Custody and visitation:      ☐ As attached on form FL-341      ☐ Not applicable

4. Child support:              ☐ As attached on form FL-342      ☐ Not applicable

5. Spousal or family support:   ☐ As attached on form FL-343      ☐ Not applicable

6. Property orders:            ☐ As attached on form FL-344      ☐ Not applicable

7. Other orders:              ☑ As attached                    ☐ Not applicable

8. ☐  Attorney fees *(specify amount)*: $
   Payable to *(name and address)*:

   Payable ☐ forthwith ☐ other *(specify)*:

9. All other issues are reserved until further order of court.

   Date: 3/28/05

   Approved as conforming to court order.

   ▶ _____                    ▶ _____
                                                          JUDICIAL OFFICER
   SIGNATURE OF ATTORNEY FOR ☐ PETITIONER / PLAINTIFF ☑ RESPONDENT / DEFENDANT       MARC POCHE

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. July 1, 2003]

**FINDINGS AND ORDER AFTER HEARING**
**(Family Law—Custody and Support—Uniform Parentage)**

www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| IRMO: Tsui & Hu, Ching Yee (Millor) & Cheng-Yih | 1-05-FL124146 |

1  Attachment to Order After Hearing (Item 7 - Other Orders)

2  1.  Petitioner, Ching Yee (Millor) Tsui, and Respondent, Cheng-Yih Hu, shall each receive a preliminary distribution of funds,
in the sum of fifteen-thousand dollars ($15,000.00) each, from Smith-Barney Citigroup account number 632-05434-13811,
3  held in Respondent's name.  Smith-Barney Citigroup, or its agents, shall issue two (2) separate checks, in the sum of
fifteen-thousand dollars ($15,000.00) each, made payable to Ching Yee (Millor) Tsui and Cheng-Yih Hu, and send said checks
4  to each party's Attorney of Record as follows:

5  Dale N. Chen, Attorney at Law          Andrew H. Wu, Attorney at Law
   147 Castro Street                               95 S. Market Street
   Suite 2A                                             Suite 300
6  Mountain View, CA  94041               San Jose, CA  95113

7      The preliminary distribution is made without prejudice to either party's right to an equal division of all marital property, and
a final determination by the Court of the nature and extent of the community estate.
8
   2.  The instant hearing on the Order to Show Cause, filed by Petitioner on January 11, 2005, is continued for further hearings
9  on the Court's Long Cause calendar to March 28, 2005, at 9:00 a.m., in Department 71 of this Court.

10  3.  A pre-hearing Settlement Conference shall occur on March 16, 2005, at 9:00 a.m., in Department 71 of this Court.

11  4.  All other temporary orders, as attached to the Order to Show Cause filed on January 11, 2005, and the standard restraining
orders stated on page 2 of the Summons issued on January 3, 2005, shall remain in full force and effect pending further Court
Order.
12
    ///
13
    ///
14
    ///
15

16

17

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line
numbers)*:

27  This page may be used with any Judicial Council form or any other paper filed with the court.          Page 1 of 1

Superior Court Of California
Minute Order -
HONORABLE MARC POCHE

Calendar For: 04/27/05                                                    Page:    1

Reporter: Reporter          Clerk: ~~Thuy Le~~          Bailiff: Justin Velo

*Susan Vaughen*     **K. AUBREY**

Dept: Dept 71

---

15.    09:16AM Case: 1-05-FL-124146   Ching Y. Tsui and Cheng-Yih Hu
       Type: Dissolution Of Marriage/No Minor       Date Filed: 01/03/05
       SubType:

       Event: FL Case Management Conf                    Result Code:
       Text: response filed 1/31/05-ltv   c/f mins of 031605 slr

       PTR-0001   Ching Yee Millor Tsui
              Atty: Dale N. Chen
       RSP-0001   Cheng-Yih Hu
              Atty: Andrew H. Wu

---

PETITIONER ( ) PRESENT (✗) NOT PRESENT  COUNSEL FOR PETITIONER (✗) PRESENT ( ) NOT PRESENT
RESPONDENT (✗) ~~PRESENT~~/NOT PRESENT (✗) COUNSEL FOR RESPONDENT PRESENT/~~NOT PRESENT~~
( ) OFF CALENDAR: ( ) NO APPEARANCE ( ) COURT ( ) STIPULATION ( ) REQUEST OF COUNSEL
( ) APPEARANCE BY PHONE BY ( ) PETITIONER ( ) RESPONDENT ( ) COUNSEL FOR ( ) PTR ( ) RESP
( ) MATTER IS CONTINUED TO_____AT_____FOR_____
( ) SETTLEMENT CONFERENCE DATE _____ DEPT_____ AT_____
( ) COUNSEL/PARTIES SENT TO CALENDAR FOR NEXT AVAILABLE MSC AND TRIAL DATES
( ) REFERRED TO CIVIL MASTER TRIAL CALENDAR ON _____
( ) TRIAL DATE(S) _____DEPT_____AT_____ TIME ESTIMATE_____
( ) THE FOLLOWING COURT DATES ARE VACATED_____
( ) PETITIONER ( ) RESPONDENT ARE TO SERVE PRELIMINARY DECLARATIONS OF DISCLOSURE BY_____

SETTLEMENT OFFICER CONFERENCE
( ) COUNSEL/PARTIES SENT TO CALENDAR FOR SETTLEMENT OFFICER CONFERENCE DATE

EARLY NEUTRAL EVALUATION
( ) PARTIES REFERRED TO EARLY NEUTRAL EVALUATION
( ) STIPULATION AND ORDER TO EARLY NEUTRAL EVALUATION SIGNED BY BOTH PARTIES IN COURT
( ) ORDERS AND INFORMATION PACKET GIVEN TO ( ) PETITIONER ( ) RESPONDENT IN COURT

. *Stipulation*

**ATTACHMENT D**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Andrew H. Wu, J.D.    (SBN: 156547)    **TELEPHONE NUMBER:** (408) 995-3228<br>Law Office of Andrew H. Wu<br>95 S. Market St., Ste. 300<br>San Jose, CA  95113<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

STREET ADDRESS: 170 Park Center Plaza

MAILING ADDRESS: 191 North First Street

CITY AND ZIP CODE: San Jose, CA 95113

BRANCH NAME: Family Law Division

**F I L E D**

APR 2 7 2005

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

PETITIONER:  ChingYee (Millor) Tsui

RESPONDENT: Cheng-Yih (Michael) Hu

OTHER PARENT/CLAIMANT:

**CASE MANAGEMENT CONFERENCE QUESTIONNAIRE**

☒ Dissolution          ☐ Domestic Partnership

☐ Legal Separation     ☐ Nullity

☐ Parentage            ☐ Other Family Law : _____

CASE NUMBER:  1-05-FL124146

DEPARTMENT NUMBER:   71

DATE OF CONFERENCE:  04/27/05

### PLEASE PRINT AND ANSWER ALL APPLICABLE QUESTIONS
**Stage of the Case: ☒ Initial Case Management Conference ☐ Trial   ☐ Long Cause Motion**

1. What has not been agreed upon between you and the other party?
   ☐ Custody/Visitation      ☐ Child Support          ☒ Spousal Support
   ☐ Contempt                ☒ Property Characterization  ☐ Arrearages
   ☒ Property Valuation      ☐ Property Valuation Date    ☐ Reimbursement
   ☒ Date of Separation      ☒ Property Division          ☐ Set-Aside
   ☒ Attorney's Fees & Costs ☐ Other: _____

2. Discovery (getting information about/from the other party):
   a. Has discovery been completed?   ☐ Yes   ☒ No
   b. What discovery still needs to be done? ☒ Interrogatories ☒ Depositions ☒ Document Production
   c. How long do you think it will take to finish discovery by both sides: Hope to avoid.

3. Petitioner has served Respondent with ☒ Preliminary Declaration of Disclosure ☒ Yes ☐ No
   Petitioner has served Respondent with ☐ Final Declaration of Disclosure       ☐ Yes ☒ No
   Respondent has served Petitioner with ☐ Preliminary Declaration of Disclosure ☐ Yes ☒ No
   Respondent has served Petitioner with ☐ Final Declaration of Disclosure        ☐ Yes ☒ No

4. Do you want a:
   a.  Settlement Officer Conference?     ☐ Yes   ☒ No
   b.  Trial on separate issues?          ☐ Yes   ☒ No   If yes, what issues: _____

5. Have parties and/or counsel met to discuss settlement?    ☒ Yes   ☐ No

6 Estimated time for trial/hearing: Unknown

7 Number of Expert Witnesses: Unknown    List: N/A

8 The Department of Child Support Services is involved on the issue of child support.   ☐ Yes  ☒ No

If yes, which county? N/A    What is the court case number (if different from this case): N/A

Date:  April 26, 2005

☒ Attorney for ☐ Petitioner ☒ Respondent ☐ Other

**CASE MANAGEMENT CONFERENCE QUESTIONNAIRE**

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Andrew H. Wu, J.D.                         (SBN: 156547)
95 S. Market Street
Suite 300
San Jose                    CA    95113
TELEPHONE NO.: (408) 995-3228   FAX NO. (Optional): (408) 995-3284
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Respondent, Cheng-Yih (Michael) Hu

**FILED**

2005 JUL 11 PM 2: 33

KIRI JOHNAI, SEO
SUPERIOR COURT OF CA.
CO. OF SANTA CLARA
BY_____ DEPUTY
**UCS**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 170 Park Center Plaza
MAILING ADDRESS: 170 Park Center Plaza
CITY AND ZIP CODE: San Jose                CA    95113
BRANCH NAME: Family Law Division

PETITIONER: Ching Yee (Millor) Tsui

RESPONDENT: Cheng-Yih (Michael) Hu

| SUBSTITUTION OF ATTORNEY - CIVIL (Without Court Order) | CASE NUMBER: 1-05-FL124146 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Chen-Yih (Michael) Hu        makes the following substitution:

1. **Former legal representative**  ☐ Party represented self  ☒ Attorney (name): Andrew H. Wu, J.D.
2. **New legal representative**  ☒ Party is representing self*  ☐ Attorney
   a. Name:
   b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      #82, 4th Rd., Kuang-Hua, 1st St., Chung-Hsin Village, Nantou, Taiwan (ROC)

   d. Telephone No. (include area code): [011][886](492) 32-9693
3. The party making this substitution is a  ☐ plaintiff  ☐ defendant  ☐ petitioner  ☒ respondent  ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

| • **Guardian** | • **Personal Representative** | • **Guardian ad litem** |
|---|---|---|
| • **Conservator** | • **Probate fiduciary** | • **Unincorporated** |
| • **Trustee** | • **Corporation** | **association** |

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: June 17, 2005
   Cheng-Yih (Michael) Hu
   _____      ► _____
   (TYPE OR PRINT NAME)                (SIGNATURE OF PARTY)

5. ☒  I consent to this substitution.
   Date: June 30, 2005
   Andrew H. Wu, J.D.
   _____      ► _____
   (TYPE OR PRINT NAME)                (SIGNATURE OF FORMER ATTORNEY)

6. ☐  I consent to this substitution.
   Date:
   _____      ► _____
   (TYPE OR PRINT NAME)                (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                            Page 1 of 2

**SUBSTITUTION OF ATTORNEY-CIVIL**      CEB      Code of Civil Procedure, §§ 284(1), 285
Cal. Rules of Court, rule 376

| CASE NAME: | CASE NUMBER: |
|---|---|
| IRMO: Tsui & Hu, Ching Yee (Millor) & Cheng-Yih | 1-05-FL124146 |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney-Civil

**Instructions:** *After having all patties served by mail with the Substitution of Attorney-Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document Give the Substitution of Attorney-Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*: 95 S. Market Street, Suite 300, San Jose, California, 95113

2. I served the Substitution of Attorney-Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

    (1) Date of mailing: July 6, 2005        (2) Place of mailing *(city and state)*: San Jose, California

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 6, 2005

        Simon M. Gladin
        (TYPE OR PRINT NAME)                      (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Dale N. Chen, Attorney at Law

   b. Address *(number, street, city, and ZIP)*:
      147 Castro Street, Suite 2A
      Mountain View, CA  94041

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f.  Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐  List of names and addresses continued in attachment.

MC-050 [Rev. July 1, 2005]        **SUBSTITUTION OF ATTORNEY-CIVIL**        **Œ**      Page 2 of 2



1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

```
                              )
GENERAL ELECTRIC MORTGAGE     )
INSURANCE CORPORATION,        )
                              )
          Plaintiff,          )
                              )     Civil Action
                              )     No. 04-11456-RWZ
vs.                           )
                              )
                              )
CHI CHEN, A/K/A CHI CHEN HU,  )
A/K/A TRACY CHEN              )
                              )
          Defendant.          )
```

**SHOW CAUSE HEARING**

BEFORE THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
April 21, 2005
2:04 p.m.

\* \* \* \* \* \*

CATHERINE A. HANDEL, CM
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5205
Boston, MA 02210
(617) 261-0555