UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br>　　　　Judgment Creditor,<br>v.<br><br>CHI CHEN<br>A/K/A CHI CHEN HU,<br>A/K/A TRACY CHEN,<br>CHENG YIH HU<br>a/k/a MICHAEL HU,<br><br>　　　　Defendants,<br>　　　　Judgment Debtors. | Civil Action No. 04-11456-RWZ |

**MOTION OF GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION FOR LEAVE TO FILE ERRATA SHEET CONCERNING ITS OPPOSITION TO MOTION OF CHING YEE M. TSUI FOR SANCTIONS UNDER FED. R. CIV. P. 11 AND 28 U.S.C. SEC. 1927**

General Electric Mortgage Insurance Corporation ("GEMIC") files the within motion for leave to file the incorporated errata sheet concerning its opposition dated August 31, 2005 to motion of Ching Yee M. Tsui for sanctions under Fed. R. Civ. P. 11 and 28 U.S.C. sec. 1927 dated August 17, 2005.

　　1. Omit the words "Exhibit A." on p. 2 last sentence second paragraph.

　　2. Omit the words "Group Exhibit B" on p. 4 first sentence second paragraph.

　　3. Inset the word "of" immediately before the word "Hu's" fourth line from the bottom of page 4.

4. Omit the word "County" on the second line of page 5.

5. Insert the word "transcript" between of and hearing in fourth line page 5.

6. Insert a "," between the word proceedings and not on the final line in the first paragraph page 10.

7. Omit the word "in" in first line of header C of page 10 and insert the word "is."

8. Insert the word "R." in the conclusion between Fed. and Civ.

General Electric Mortgage Insurance Corporation,
Plaintiff Judgment Creditor,
By its attorney,

_____
Richard W. Gannett, Esquire
BBO # 184430
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA 02114-2025
(617)367-0606

Dated: September 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within errata sheet upon the Clerk of Court United States District Court 1 Courthouse Way Boston, MA 02210 by U.S. Mail on September 2, 2005 and I served a true copy of said notice upon Michael B. Feinman, Esquire Feinman Law Offices 23 Main Street Andover, MA 01810 on September 2, 2005 by U.S. Mail.

_____
Richard W. Gannett