**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE
INSURANCE CORPORATION,
                   Plaintiff,
                          Judgment Creditor

V.

CHI CHEN A/K/A CHEN HU,
A/K/A TRACY CHEN,
                   Defendant,
                   Judgment Debtor

<u>**CERTIFICATE OF SERVICE**</u>

I, Michael B. Feinman, hereby certify that I have this day served the Affidavit of Michael B. Feinman, if not shown as receiving notice electronically, by mailing a true and accurate copy of same, via first class mail and postage prepaid, to the following party in interest:

Richard W. Gannett, Esq.
Gannett & Associates
165 Friend Street, Suite 200
Boston, MA  02114-2025

Dated: September 16, 2005            _____/s/ Michael B. Feinman_____
                                    Michael B. Feinman

04x3791\certofserv8-5-05.doc