# FEINMAN LAW OFFICES

*Business & Trial Lawyers*

The Bank of America Building
23 Main Street, Andover, Massachusetts 01810
Telephone: (978) 475-0080

Fax: (978) 475-0852
URL: http://www.feinmanlaw.com

Michael B. Feinman*   Email: mbf@feinmanlaw.com
Stephen P. Shannon*   Email: sps@feinmanlaw.com

*Admitted in Massachusetts and New Hampshire

February 13, 2006

Clerk
U.S. District Court for
The District of Massachusetts
**Attn: Lisa Urso**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **General Electric Mortgage Insurance Corporation
v. Chi Chen aka Chen Hu aka
Civil Action No. 04-11456-RWZ**

Dear Lisa:

    I am forwarding this letter to you as a follow-up to the status of the above-referenced matter, and relating to a motion for sanctions filed on behalf of my client (Docket No. 41).

    I spoke with Jay Johnson relative to my concerns about this matter on February 10, 2006. Specifically, my basis for filing a request for sanctions against Plaintiff's counsel in this case had two separate theories for relief. After the filing of the motion, Judge Zobel denied one of the theories for relief, but indicated that the second theory for relief was still subject to consideration by the Court. Judge Zobel also invited further submission, and my office caused to be filed certain pleadings as further submissions.

    The motion for sanctions had been pending for some time, and a recent review of the docket appeared to create some confusion, at least for me. Specifically, the docket appears to indicate that Judge Zobel denied the motion for sanctions in its entirety, although that is not correct. Further, since the motion for sanctions has been pending for some time, I was concerned that the matter may have "slipped through the cracks". However, I wish to call these matters to your attention and to let you know that my client is still interested in pursuing sanctions as requested in our pleading.

U.S. District Court for
The District of Massachusetts
**Attn: Lisa Urso**
February 13, 2006
Page 2

      I would appreciate your advice on this matter, and if you have any questions at all, please feel free to contact me.

                                 Very truly yours,

                                 Feinman Law Offices

                                 Michael B. Feinman

MBF:psw
ccs:   Richard W. Gannett, Esq.
       Millor Tsui

04x3791\ltusdistrictcourt2---13-06