GANNETT & ASSOCIATES
ATTORNEYS AT LAW
165 FRIEND STREET, SUITE 200
BOSTON, MA 02114-2025

(617) 367-0606
FAX (617) 367-2121

February 17, 2006

Ms. Lisa Urso
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    General Electric Mortgage Insurance Corporation v. Chi Chen and Cheng-Yih Hu
            United States District Court for the District of Massachusetts
            Civil Action No. 04-11456-RWZ

Dear Ms. Urso:

      I enclose a copy of an endorsement dated February 9, 2006 of Commonwealth of Massachusetts Associate Superior Court Justice John C. Cratsley in Civil Action No. 2005-3315-D entitled *General Electric Mortgage Insurance Corporation v. Ching Yee M. Tsui* now pending in the Suffolk County Superior Court, Three Pemberton Square, Boston, Massachusetts concerning *Plaintiff General Electric Mortgage Insurance Corporation's Motion for Attachment Under Mass. R. Civ. P. 4.1 and 4.2 or In The Alternative for a Preliminary Injunction Pursuant to Mass. R. Civ. P. 65 Against Ching Yee M. Tsui, Her Agents and Attorneys.*

      We believe Judge Cratsley's endorsement reads as follows:

> 2/9/06 Allowed. An attachment shall issue from this court attaching all funds of the def now on deposit w/Citizens Bank of Massachusetts. In this Court's view this motion was timely argued and allowed pursuant to Judge Connor's order of 1/24/06 in Middlesex #03-451-L2. The Middlesex case, #03-451-L is ordered transferred to the D Session of the Suffolk Superior Court for consolidation with Suffolk #05-3315D.
>
>                                       /s/John C. Cratsley, Justice

**GANNETT & ASSOCIATES**

P.2, Ms. L. Urso, 2/17/06

    In a related ruling, Judge Cratsley denied Ms. Tsui's Motion to Dismiss GEMIC's Complaint filed in the Suffolk County Superior Court in August, 2005.

    My client and I believe that Judge Cratsley's rulings effectively demonstrates that General Electric Mortgage Insurance Corporation's position is meritorious and appropriate.

    Thank you.

Very truly yours,

Richard W. Gannett

enclosure

c: Michael B. Feinman, Esq.

*[Handwritten at top: 1/24/06 Oral argument held on this Nunley motion ... 1-23 6]*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                         SUFFOLK COUNTY SUPERIOR COURT
                                                     CIVIL ACTION NO. 2005-3315-D

| | |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION | ) ) ) ) |
| Plaintiff Judgment Creditor | ) ) ) |
| v. | ) ) |
| CHING YEE M. TSUI, | ) ) ) |
| Defendant. | ) ) |

*[Handwritten annotation in right margin: 2/9/06 Allowed. An attachment shall issue from this court attaching all funds of the def now on deposit w/ citizens bank of Massachusetts. In this court's view this motion was timely argued and allowed pursuant to Judge Connor's order of 1/24/06 in Middlesex #03-451-62]*

**PLAINTIFF GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION'S MOTION FOR ATTACHMENT UNDER MASS. R. CIV. P. 4.1 AND 4.2 or IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION PURSUANT TO MASS. R. CIV. P. 65 AGAINST CHING YEE M. TSUI, HER AGENTS AND ATTORNEYS**

*[Handwritten in right margin: The Middlesex case, #03-451-62 is ordered transferred to the D session of the Suffolk Superior court for consolidation with Suffolk #05-3315D.]*

Plaintiff, General Electric Mortgage Insurance Corporation ("GEMIC"), hereby moves for an attachment under Mass. R. Civ. P. 4.1 and 4.2 or in the alternative for a preliminary injunction, pursuant to Mass R. Civ. P. 65. GEMIC is the holder of a judgment against the husband of defendant Ching Yee M. Tsui ("Tsui"). GEMIC states Tsui is the straw of the judgment debtor husband, Cheng-Yih Hu ("Hu"). Hu and Tsui are engaged in an ongoing divorce proceeding in the Santa Clara County Superior Court, San Jose, California. California is a community property state. GEMIC relies upon the Affidavits of Richard W. Gannett, Cisco Systems, Inc. and an expert affidavit of Kathleen M. Morrissey, a Massachusetts attorney.

The within motions for attachment and for injunctive relief are supported by affidavits noted above, transcribed testimony both sworn and from motion practice, pleadings and pertinent legal precedent.

*[Signature]*