UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11456-RWZ

GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION

v.

CHI CHEN,
A/K/A CHI CHEN HU,
A/K/A TRACY CHEN

MEMORANDUM OF DECISION

May 16, 2006

ZOBEL, D.J.

Ching Yee M. Tsui, an interested party, moved for sanctions against plaintiff General Electric Mortgage Insurance Corporation ("GEMIC") on two grounds. I previously denied the first ground for the motion (Docket #48) and now deny the second. The second ground seeks sanctions on the basis of Rule 11 of the Federal Rules of Civil Procedure. Plaintiff's handling of the instant case was neither efficient nor flawless, but it was in good company, as I am persuaded that none of the parties conducted themselves with grace or clarity. Under the circumstances of clouded facts and unreachable deponents, plaintiff's course was not entirely unreasonable. Accordingly, Tsui's Motion for Sanctions (#41 on the docket) is denied in full.

|  |  |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |